UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY D. DAWSON,

Plaintiff,

v.

DERRICK CHAVIS, et al.,

Defendants.

Case No. 15-cv-02360-RS

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Kimberly Dawson now moves for an emergency preliminary injunction to stay or void certain documents in a state court unlawful detainer action against her brought by landlord defendants Deanna Chavis and Darrick Chavis, on the grounds that defense counsel has undertaken a purportedly impermissible conflict of interest.  As plaintiff offers no jurisdictional basis on which this Court may intervene in the state court proceeding, her motion must be denied.

**IT IS SO ORDERED**.

Dated: July 16, 2015

_____
RICHARD SEEBORG
United States District Judge